UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ALONZO CLINTON WILLIAMS, III, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No.: 3:23-CV-195-KAC-JEM |
| v. ) | |
| ) | |
| BLEDSOE DEPARTMENT OF ) | |
| CORRECTION and SOUTH CENTRAL ) | |
| DEPARTMENT OF CORRECTION, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT ORDER

For the reasons set forth in the Memorandum and Order filed herewith, the Court **DISMISSED** this action for failure to state a claim upon which relief may be granted. *See* 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1). The Court also **CERTIFIED** that any appeal from this action would not be taken in good faith and would be totally frivolous and **DENIED** Plaintiff leave to appeal *in forma pauperis* if he should file a notice of appeal.

The Court **DIRECTS** the Clerk to close the file.

**SO ORDERED.**

                                             s/ Katherine A. Crytzer
                                             KATHERINE A. CRYTZER
                                             United States District Judge

ENTERED AS A JUDGMENT:
*/s/ LeAnna R. Wilson*
CLERK OF COURT